IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE BUTLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BTC FOODS, INC., d/b/a BETTY THE CATERER | : | NO. 12-0492 |
| | : | |

**ORDER**

      **AND NOW**, this 30th day of January, 2014, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 20) and all responses thereto, it is hereby **ORDERED** that:

   1. Defendant's motion for summary judgment on Plaintiff's ADA and PHRA discriminations claims is **DENIED**.

   2. Defendant's motion for summary judgment on Plaintiff's wrongful termination claim is **GRANTED**.

   3. An in-person status conference is **SCHEDULED** in this matter for 12:00 PM, Monday, February 10, 2014, in Courtroom 8B.

                                                   BY THE COURT:

                                                   /s/ L. Felipe Restrepo
                                                   L. Felipe Restrepo
                                                   United States District Court Judge